NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JIHAD MUTLAG SAMMARCO,           )
DOC #R29143,                     )
                                 )
      Appellant,                )
                                 )
v.                               )    Case No. 2D15-5623
                                 )
STATE OF FLORIDA,                )
                                 )
      Appellee.                 )
_____ )

Opinion filed November 2, 2018.

Appeal from the Circuit Court for
Pinellas County; Philip J. Federico,
Judge.

Howard L. Dimmig, II, Public Defender,
and Simone A. Lennon, Special
Assistant Public Defender, Bartow,
for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


      Affirmed.


SILBERMAN, VILLANTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.